

EXHIBIT A

Dockets.Justia.com

















