

EXHIBIT B

Dockets.Justia.com



© 2006 Affinity Club Network, LLC. All rights reserved.
Privacy Policy    Terms & Conditions





## PLAYERS CHOICE

READ MORE »

**Dave Winfield Co-Chairman...**

**George Brett Co-Chairman...**

### GET COOL STUFF
**KID'S STUFF | MEMORABILIA | CLUB EXCLUSIVES**

**Kid's Stuff » Ertl Collectibles 2006 1:64 Scale MLB Dodge Vipers - Boston Red Sox**

Ertl Collectibles returns with a full line of high quality collectible sports-licensed die cast designed with the sports fan in mind. With several different vehicle series, ERTL has the die cast field covered. And, of course, all items feature our significant die cast tooling, and select items will include opening doors, detailed engine replicas and wheels that turn. Major League Baseball meets automobile classics in 1:64 scale Classic Rides.

READ MORE »

© 2006 Affinity Club Network, LLC. All rights reserved.

Privacy Policy    Terms & Conditions

**InfinityProsports.com**

PLAYERS
©MLBPA



# LICEN... THE MAJOR LEAGUE BASE...AYERS ASSOCIATION



Check out the schedule of upcoming Autograph Signings and MLBPAA Golf Outings... More **FREE** Kid's Clinics - check out ones coming near you!

| WELCOME | GET CLOSER TO THE PLAYERS | GET CLOSER TO THE GAME | GET COOL STUFF | SPECIAL OFFERS | NEWS | MEDIA GALLERY | CONTACT US |


**MEMBER LOGIN**
SIGN IN TO PROCEED







## GET CLOSER TO THE GAME

### Free Kid's Clinics »

The Players Choice Club hosts **FREE** Children's Baseball Clinics with current and former Major League baseball players around the country. These exclusive 'Members Only' events are conducted in partnership with the **Major League Baseball Players Alumni Association**, giving young baseball players the opportunity to interact on the field with players who truly know and love the game.

Legendary players like Phil Niekro, Brooks Robinson and Harmon Killebrew have taken time to participate in the Major League Baseball Players Alumni Legends for Youth clinic series. The Alumni Association has conducted dozens of free clinics and helped thousands of children in the past five years.

Together with the Players Choice Club, the mission of these children's clinics is to provide a fun, positive baseball experience; to provide children with positive role models at our life skills station, where we talk to them about substance abuse, stress the importance of education and help them recognize they have the ability to make positive decisions; and, to teach young ballplayers the game's

November ▾   2006 ▾  ▶

| | Nov '06 | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |


**FEATURED ITEMS**

**VIEW SHOPPING CART**

-->

CATEGORIES »

Top
Game Events
Free Kid's Clinics (4)



fundamentals in a multi-station format.

**All Events »**

| Event | Price |
|-------|-------|

© 2006 Affinity Club Network, LLC. All rights reserved.

Privacy Policy    Terms & Conditions



LICENSE... THE MAJOR LEAGUE
BASE... ...ERS ASSOCIATION

PLAYERS CHOICE CLUB

PLAYERS

Check out the schedule of upcoming Autograph Signings and MLBPAA Golf Outings... More **FREE** Kid's Clinics - check out ones coming near you!

| WELCOME | GET CLOSER TO THE PLAYERS | GET CLOSER TO THE GAME | GET COOL STUFF | SPECIAL OFFERS | NEWS | MEDIA GALLERY | CONTACT US |

**MEMBER LOGIN**
SIGN IN TO PROCEED

**JOIN THE CLUB!**

VIP ACCESS
EXCLUSIVE DEALS

CLICK HERE TO
**JOIN!**

**EVENT VIDEOS**

COMMERCIALS
EVENT CLIPS

CLICK HERE

PLAYERS
CHOICE

Feature...

Game Events
Free Kid's Clinics
Road Trips
Tickets

**2006 MLB OCC Choppers - 1:10 Scale**
$25.99
Kid's Stuff

Orange County Choppers (OCC) has rocked the
world of motorcycles and television! Now, OCC
partners with MLB to offer team-decorated, highly-
detailed choppers. Serially-numbered limited edition.

List Price: $39.99
YOU SAVE: 35%

| Add to Wishlist | Purchase |

**Ertl Collectibles 2006 1:87 Scale MLB Tractor Trailers - Red Sox**
$7.79
Kid's Stuff

Ertl Collectibles 2006 1:87 Scale MLB Tractor Trailers

List Price: $11.99
YOU SAVE: 35%

**FEATURED ITEMS**

**VIEW SHOPPING CART**

->

**CATEGORIES >>**
Top
Books (20)
Game Events
Travel
Baseballs (65)
Baseball Cards (24)
Bats (10)
Club Exclusive Items (10)
Collectibles (55)
DVDs (2)
Game Used Equipment (1)
Jerseys (12)
Kid's Stuff (96)
Plaques (39)
Photos (40)
Training Aids (2)





Dave Winfield
Co-Chairman...

George Brett
Co-Chairman...



| Add to Wishlist | Purchase |



**Autographed Jason Varitek 2004 World Series 16x20 Framed Picture**

**$119.99**

Photos

Shown with Keith Foulke.  Signed by Varitek only.
Certified by Sports Images.

List Price: $149.99
YOU SAVE 20%

| Add to Wishlist | Purchase |

© 2006 Affinity Club Network, LLC. All rights reserved.
Privacy Policy     Terms & Conditions





Check out the schedule of upcoming Autograph Signings and MLBPAA Golf Outings... More FREE Kid's Clinics - check out ones coming near you!

**WELCOME** | **GET CLOSER TO THE PLAYERS** | **GET CLOSER TO THE GAME** | **GET COOL STUFF** | **SPECIAL OFFERS** | **NEWS** | **MEDIA GALLERY** | **CONTACT US**



**MEMBER LOGIN**
SIGN IN TO PROCEED

**JOIN THE CLUB!**

**VIP ACCESS**
**EXCLUSIVE DEALS**

CLICK HERE TO
**JOIN!**

**EVENT VIDEOS**

**COMMERCIALS**
**EVENT CLIPS**

CLICK HERE »

**PLAYERS CHOICE**

## NEWS

### Players Choice Club Joins Forces with David Wright, Cliff Floyd, Paul Lo Duca, Xavier Nady, Julio Franco & Jose Valentin to Promote Youth Volunteerism

07/25/2006 10:54 AM

*07/25/2006 10:54 AM - Fundraising Dinner to Support Expansion of the Action Team National Youth Volunteer Initiative Monday August 7th in New York*

| Read more...

### New York Third Baseman DAVID WRIGHT Stars in First Players Choice Club PLAYER PHONE Tel-event

06/13/2006 11:06 PM

*06/13/2006 11:06 PM -* **June 13, 2006 –** New York third baseman *David Wright* spoke live on a call today with members of the Players Choice Club in the Club's first Player Phone Tel-event.

**Search Archive »**

[ ] [Go]

RSS

**Browse by Year »**

2006
2005

**Browse by Month »**

July 2006
June 2006
May 2006
April 2006
January 2006
November 2005
September 2005
August 2005
July 2005
April 2005
March 2005



Dave Winfield
Co-Chairman...

George Brett
Co-Chairman...



| Read more...

**Players Choice Club Presents Kevin Youkilis and Julian Tavarez for a Meet & Greet with Fans Thursday June 22 in Boston**

06/05/2006 11:58 AM
*06/05/2006 11:58 AM* - **Players Choice Club Presents Boston's Kevin Youkilis and Julian Tavarez for a "Meet & Greet" with Baseball Fans at McFadden's, Thursday, June 22nd in Boston**

| Read more...

**Players Choice Club Presents Aaron Rowand & Shane Victorino "Meet & Greet" with Fans Monday May 8 in Philadelphia**

05/03/2006 3:32 PM
*05/03/2006 3:32 PM* - **Players Choice Club Presents Philadelphia Outfielders Aaron Rowand & Shane Victorino for a "Meet & Greet" with Fans At McFadden's Restaurant at Citizens Bank Park, Monday, May 8**

⌐ | **Read more...**

## Dave Winfield Headlines First Class of College Baseball Hall of Fame

04/26/2006 2:35 PM



*04/26/2006 2:35 PM* - **Dave Winfield**, Co-Chairman of Membership for the **Players Choice Club**, has been selected to the inaugural class of the *College Baseball Hall of Fame*.

⌐ | **Read more...**

**Players Choice Club Presents Chicago's Own Neal Cotts & Tim Raines for a "Meet & Greet" with Fans at Harry Caray's Restaurant Thursday, April 20th in Chicago**
*April 10, 2006 12:59 PM*

**Major League baseball players Adam LaRoche & Adam Everett Join Hall of Famers George Brett & Dave Winfield on First-Ever Players Choice Club "Clubhouse Cruise" to the Bahamas Jan. 26-29th**
*January 25, 2006 7:36 AM*

**Players Choice Club Announces Presenting Sponsorship of Major League Baseball Players Alumni Association Legends Dinner**
*November 01, 2005 12:46 PM*

**Players Choice Club Comes To Chicago September 19**

*September 19, 2005 1:10 PM*

**Players Choice Club Comes to Boston September 7**
*August 31, 2005 2:10 PM*



© 2006 Affinity Club Network, LLC. All rights reserved.
Privacy Policy    Terms & Conditions





Check out the schedule of upcoming Autograph Signings and MLBPAA Golf Outings... More FREE Kid's Clinics - check out ones coming near you!

WELCOME :: GET CLOSER TO THE PLAYERS :: GET CLOSER TO THE GAME :: GET COOL STUFF :: SPECIAL OFFERS :: NEWS :: MEDIA GALLERY :: CONTACT US



**MEMBER LOGIN**
SIGN IN TO PROCEED

**SPECIAL OFFERS**

As a Players Choice Club member, you're entitled to some great discounts and special exclusive offers that deliver extra value all year long. Check out all the baseball-related deals your membership brings you that can easily add up to **hundreds of dollars in savings...**

**NEW! GAME TECH**
**GO TO THE GAME :: MEMORABILIA & COLLECTIBLES**
**AUTOGRAPH SIGNINGS :: BASEBALL EQUIPMENT**
**SKILLS CAMPS :: GOLF :: BASEBALL PUBLICATIONS**

Players Choice Club members get an exclusive discount on



premium tickets to every team and stadium venue around the country through a special offer from TicketsNow. **Click on this link** then simply pick your game, pick your tickets and automatically **get $30 off** the total price at check out.

Make a fantasy road trip to that famous baseball stadium you've always wanted to visit. Tap into all sorts of baseball adventures through a special arrangement with Roadtrips. Visit **www.roadtrips.com** and enter the special code **PCC06** in the discounts and special offers section of the reservations page to **receive a 12% discount** on your reservation for savings of over a $100 or more. Plus Roadtrips can customize a special baseball excursion just for you through their concierge service available to Players Choice Club members.

Get special savings on memorabilia at **Steinersports.com.** Receive a 2**0% discount** on your order (use code **Playerschoice20** at check out) or get **$100 off** a $300 purchase (use code **Playerschoice100**).

Dave Winfield
Co-Chairman...

George Brett
Co-Chairman...

Like trading cards and collectibles?  Well as a Players Choice Club Member you can shop the entire **Upper Deck online store** and get a **20% discount** on everything you buy. Simply enter the code **BASEBALL** (all upper case) in the coupon code area when you make your purchase.

BC Sports stores offer a unique blend of sports related merchandise for the sports enthusiast or gift shopper. Get a great selection of autographed sports memorabilia, adult and youth licensed sports apparel, trading cards, toys and licensed collectibles, and licensed photographs at a special Players Choice Club Member Savings.

- **5% off** one autograph ticket per member per player appearance. Check out the upcoming BC Sport signings here. Note- discount is for baseball athletes only and tickets must be purchased by contacting or visiting the store location hosting the signing.
- **20% off** all in-store merchandise on the day of a baseball player appearance *(Cannot be combined with any other offers, specials or discounts.  Not valid on previously purchased merchandise.  Wax boxes and autograph tickets not included.)*
- **10% off** All MLB Jerseys including custom jerseys. *(CAN be combined with any in-store promotion only.  Cannot be combined with any other coupon or special offer.)*

Steiner Sports is proud to have relationships with thousands of athletes in almost every sport. It's through these relationships that Steiner Sports bridges the gap between fan and athlete. Steiner hosts Live Public Appearances that take place at Steiner Sports retail stores, Hall of Heroes and Last Licks. These are opportunities to meet and greet your favorite athlete and obtain an autograph. Steiner Sports updates its list of Live Public Appearances year-round, so simply visit **Steinersports.com** for a current schedule. Register prior to the day of the event and mention that you're a Players Choice Club Member and **get 10% off your admission fee.**

To price having a personal collectible autographed by your favorite athlete call Steiner Sports at **1-800-759-7267** and speak to a Customer Service Representative. *Be sure to mention you're a Players Choice Club Member.*

TRISTAR Productions is widely recognized as one of the nation's premier producer of authenticated, autographed sports memorabilia and sports collectible events. With more than 300 signings annually with the top sports superstars of yesterday and the brightest stars of today, over 250,000 authentic autographed items are produced annually at TRISTAR signings. TRISTAR's product lines have expanded

to now include quality protective display cases and sports/entertainment memorabilia collectibles. Players Choice Club Members get this exclusive discount:

Two free passes to any TRISTAR signing event!

Check out upcoming TRISTAR events **here.**

Now you can Swing with the Legends at these exclusive Major League Baseball Alumni Association charitable golf events.  Take in 18 holes with former baseball legends and heroes of the game at a special member discount.  Players Choice Club Members get **20% off registration fees** – check out upcoming golf events **right here.**

BASEBALL DIGEST is the oldest baseball magazine in the country. The magazine provides captivating insights on

major league baseball history and on current stars - from one-on-one interviews and special features to exclusive statistics that bring readers the information they seek about the game. Other features of the magazine include a Fans Speak Out section, trivia questions, comprehensive batting, pitching and fielding statistics, previews, rules review and analysis of upcoming prospects. Published 10 times a year - with National and American League schedules, directories and pre-season rosters. In addition, the magazine provides season-ending features on its All-Star Rookie Team along with Player and Pitcher of the Year ratings. BASEBALL DIGEST IS A PUBLICATION FOR THE TRUE BASEBALL FAN!

Cover Price 10 Issues Regularly $34.95,
Players Choice Member price **$14.95 – you save $20.00**!

**Click here** to subscribe to Baseball Digest at this incredible savings!

The #1 Authority on Collectibles. *Beckett Baseball* covers THE HOBBY'S BEST PRICING on new set releases, most actively traded and most historically important cards, both raw and graded. Annual editorial features: Rookie Rolodex, Investment Issue, "Best of" Issue   PLUS: Readers Write, Hot Lists, Market Watch, Industry News and much more! Special Players Choice Member price $19.99 for 12 issues - **you save 25%** on the regular subscription price. **Click here** and use special code **PCC06**.

Since 1988, with the publication of its first book, Sports Publishing has been on a mission to be your ultimate source for sports books. Sports Publishing recently became the #1 fastest growing independent publisher in the country (Publisher's Weekly). They have published more than 800 different sports titles - with a selection of baseball books - and have several hundred more under contract for the future. Many of their books include CDs, DVDs, and even CDRoms. Sports Publishing LLC's **entire online catalogue** is now available to Players Choice Club members at a **special 20% discount**. Use code **PCHOICE1** at checkout, hit the "Enter Code" button, and save.

Get your kids into the game. Club Members get **10% off registration fees** for these nationally-renowned kids sports camps located all throughout the country. Just visit **www.americasbaseballcamps.com** and be sure to mention you are a Players Choice Club Member at registration to receive your discount.

The new and improved Hit-A-Way Title Series is simple and easy to use. It is one of the most effective training tools on the market for improving your game. A player can practice hitting to all fields; hitting high, low, or middle pitches; hitting fast or slow pitches, and switch hitting. Players of all ages will see immediate improvement in their game when they include dedicated practice time using Hit-A-Way as part of their routine. Includes a bonus training DVD!

**Special PCC Store Price $18.99 -** you **save 35%** off retail! **Buy it here.**

Pure Hitter Pro is easy-to-use computer software that uses patented technology to perform a 48 point analysis of a young player's swing. From the analysis it provides customized reports that reflect your swing strengths and areas for improvement. Pure Hitter Pro also includes extensive tips and drills that will help you with specific aspects of your swing. It even allows you to compare your swing with baseball's best hitters like ARod, Griffey Jr., Matsui, Pujols and Berkman Properly used, Pure Hitter Pro will make you a better hitter.

Players Choice Club members get an exclusive **25% off** Pure Hitter Pro's entire product line and you'll get free standard shipping!  Use special coupon code **PCC06** when shopping at the **Pure Hitter Pro** online store.



© 2006 Affinity Club Network, LLC. All rights reserved.

Privacy Policy    Terms & Conditions



 LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION 

PLAYERS CHOICE CLUB™

Check out the schedule of upcoming Autograph Signings and MLBPAA Golf Outings... More FREE Kid's Clinics - check out ones coming near you!

| WELCOME | GET CLOSER TO THE PLAYERS | GET CLOSER TO THE GAME | GET COOL STUFF | SPECIAL OFFERS | NEWS | MEDIA GALLERY | CONTACT US |



MEMBER LOGIN
SIGN IN TO PROCEED

JOIN THE CLUB!

VIP ACCESS
EXCLUSIVE DEALS
CLICK HERE TO
JOIN!

EVENT VIDEOS
COMMERCIALS
EVENT CLIPS
CLICK HERE



PLAYERS CHOICE

PHOTO GALLERY

### Photo Gallery »


**Charity Events**


**Free Kid's Clinics**


**Golf**


**Meet & Greets**


**Recent Events**


**Travel**



Dave Winfield
Co-Chairman...

George Brett
Co-Chairman...

© 2006 Affinity Club Network, LLC. All rights reserved.
Privacy Policy     Terms & Conditions