```
"Craig Hodnett"
<chodnett@players
choiceclub.com>                                              To
                          <Undisclosed-Recipient:;>
10/25/2006 03:24                                             cc
PM
                                                        Subject
                          Important Information Regarding
                          Players Choice Club
```

Dear Players Choice Club Member:

We would like to inform you of some new and exciting changes that will affect the Players Choice Club. After working hard over the past two seasons to bring you great baseball related experiences we have learned that  Our member experience would be enhanced by the integration of team oriented experiences, in addition to the player oriented experiences for our members.

Therefore, with great excitement and anticipation, we have decided to include as part of the benefits package a local team and city based component for the 2007 season.  We will notify you in the upcoming months regarding the details of these changes and you will receive a FREE premier charter membership for the first year in the team based fan club of your choice.  However, please note that we will not be launching in every city immediately, but we will notify you when we launch in any city.

Although these new clubs will be team and city specific they will still have many of the advantages of a national club, such as our partnership with the Major League Baseball Players Alumni Association and the many national vendors we partner with to provide you with great baseball related merchandise at discount prices.  However, in order to bring the most value to our team based fan clubs at the lowest price for our members, we must devote all of our time and resources to building and running these new clubs, therefore, we will not be operating the Players Choice Club past December 31st, 2006.

Please note that although the Players Choice Club season won't officially end until December 31, 2006,  please feel free to continue to take advantage of our store and all of the other membership discounts you receive thru the club during your final few months of membership.

You'll be receiving a Players Choice Club 'Thank You' package in the mail shortly and I would also like to offer you my sincere gratitude for your participation in The Club.  We always had your satisfaction top-of-mind and we truly tried to provide you with a unique Club experience. Thank you also for your patience and understanding as we went through some growing pains during the launch of our inaugural Club concept and we look forward to bringing your more fun, exciting and one

EXHIBIT E

of a kind experiences in our new baseball fan clubs.

Thank you for a truly enjoyable experience and please feel free to contact me with any questions.

Craig M. Hodnett
Director of Marketing Operations
Players Choice Club
chodnett@playerschoiceclub.com