

**affinityclubnetwork**

Two Penn Center
1500 JFK Blvd, Suite 200
Philadelphia, PA 19102
Phone 215.854.4094
215.636.0874
www.affinityclubnetwork.com

November 7, 2006

Shughart, Thomson & Kilroy, P.C.
Attn: Russell S. Jones, Jr.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

    Re:    Violations of License Agreement and Unlawful Use of Players Rights

Dear Mr. Jones:

Please be advised that we are in receipt of your letter dated November 2, 2006. However, we dispute the MLBPA's termination.

The October 23rd letter from Richard White you reference, states the ACN license agreement is terminated pursuant to paragraph 17(a)(i)(g) due to failure to make timely payments two or more times during a 12 month period. However, the dates Mr. White refers to for non-payment, June 30, 2005 and September 30, 2006 are NOT within a 12 month period. Therefore, this section does not apply.

ACN will continue to operate under the terms of their license agreement dated November 14, 2004 until it expires December 31, 2006.

If you have any other questions regarding this matter, please feel free to contact me.

Sincerely,

*[signature]*

David M. Maser                                                        EXHIBIT G

Dmm/js