UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA** --- DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Major League Baseball Players Assocation – 12 East 49th Street, New York, NY  10017

Address of Defendant: S.F. Advosors – 10 Eat Glenside Avenue, Glenside, PA  19038, 1742, Affintiy Club Network – 1500 JFK Blvd., Suite 200 Philadelphia, PA  19102, John Larocca – 105 S. Easton Road, Glenside, PA  19038, Ravi Kothare - 1500 JFK Blvd., Suite 200 Philadelphia, PA  19102, David Maser – 3741 Ridgeview Road, Huntingdon Valley, PA  19006

Place of Accident, Incident or Transaction: Various locations including within the Eastern District of PA
(Use Reverse Side For Additional Space)

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒
*RELATED CASE IF ANY*

Case Number: _____   Judge _____   Date Terminated: ___

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No ☒

CIVIL: (Place ☐ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Trademark Infringement

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability -- Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

ARBITRATION CERTIFICATION
(Check appropriate Category)

I, Camille M. Miller, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☒ Relief other than monetary damages is sought.

DATE:  November 27, 2006   _____   79670
                            Attorney-at-Law            Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE:  November 27, 2006   _____   79670
                            Attorney-at-Law            Attorney I.D.#

CIV. 609 (4/03)

Dockets.Justia.com