UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Major League Baseball Players Association :
:
v. : Civil Action No.
:
S.F. Advisors, LLC d/b/s Affinity Club :
Network, LLC, John Larocca, :
Ravi V. Kothare, and David M. Maser :

DISCLOSURE STATEMENT FORM

Please check one box:

[☑]  The nongovernmental corporate party, Major League Baseball Players Association, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

November 27, 2006                           /s/ Camille M. Miller
Date                                        Signature Camille M. Miller

                                            Counsel for:   Plaintiff

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
   (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
   (2) promptly file a supplemental statement upon any change in the information that the statement requires.

Dockets.Justia.com