IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMISSIONER OF PATENTS,
        P.O. BOX 1450
        Alexandria, Va  22314

DEAR COMMISSIONER:

        In compliance with Title 15,Chapter 22, U.S.C., §1116, you are advised that there was filed on the 28th day of November, 2006, in this court an action, No. 06-5211, entitled:

| | |
|---|---|
| NAME | MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION |
| ADDRESS | 12 E. 49TH STREET |
| | NEW YORK, NY  10017 |

versus

| | |
|---|---|
| NAME | S.F. ADVISORS, LLC D/B/A AFFINITY CLUB NETWORK, LLC |
| ADDRESS | 10 EAST GLENSIDE AVE. |
| | GLENSIDE, PA  19038 |
| | |
| | JOHN LAROCCA |
| | 105 S. EASTON RD. |
| | GLENSIDE, PA  19038 |
| | |
| | RAVI V. KOTHARE |
| | 1500 JFK BLVD., SUITE 200 |
| | PHILA., PA  19102 |
| | |
| | DAVID M. MASER |
| | 3741 RIDGEVIEW ROAD |
| | HUNTINGTON VALLEY, PA  19006 |

involving the following registered trademark(s):

U.S. Trademark Registration No.:  2,847,672, 2,929,068, 2,537,150, 2,553,756, 2,573,984, 2,215,399, U.S. Application No.: 78/552,3065, 78/552.306, 78/552,308 and U.S. Trademark Registration No.: 2,501,504.

Date <u>November 28, 2006</u>

                                                                           By:_____
                                                                          Crystal Wardlaw , Deputy Clerk

civ649.frm