UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> S.F. ADVISORS, LLC, d/b/a AFFINITY CLUB NETWORK, LLC, JOHN LAROCCA, RAVI V. KOTHARE, and DAVID M. MASER <br><br> Defendants. | Case No.    06-5211 <br><br> Judge Joyner |

**PRAECIPE TO ISSUE ALIAS SUMMONSES**

TO THE CLERK OF THE COURT:

     On November 28, 2006, the undersigned counsel for Plaintiff filed a Complaint and Motion for Preliminary Injunction against the defendants in this litigation. The Court subsequently mailed the summons to counsel for Plaintiff. Plaintiff has not yet received the mailed summonses.

     Judge Joyner's chambers has contacted the undersigned and requested confirmation that the Hearing on the Motion for Preliminary Injunction could be held on December 12, 2006. Since Plaintiff has not received the summons, they cannot serve the Defendants or let the Defendants know of Judge Joyner's proposed hearing date.

     At this time, counsel for Plaintiff is respectfully requesting the Clerk to issue alias summonses so that service can be completed.

Dated: November 30, 2006          Respectfully submitted,

                                        /s/ Camille Miller
                                        CAMILLE M. MILLER
                                        MELANIE A. MILLER
                                        COZEN O'CONNOR, P.C.
                                        1900 Market St.
                                        Philadelphia, PA 19103
                                        Phone: (215) 665-7273
                                        Fax: (215) 701-2273
                                        cmiller@cozen.com
                                        miller@cozen.com

Of Counsel:

RUSSELL S. JONES, JR.
TRAVIS SALMON
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street, Suite 1500
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (Fax)
rjones@stklaw.com
tsalmon@stklaw.com

1983182.1