IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION<br>V.<br>S.F. ADVISORS, LLC d/b/a AFFINITY CLUB NETWORK, LLC, ET AL. | CIVIL ACTION<br><br>NO. 06-5211 |

### ORDER

AND NOW, this _____ Day of _____, 2006, it is hereby

ORDERED that the application of __RUSSELL S JONES, JR.__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                       J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 06-5211

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __RUSSELL S JONES, JR.__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __231198__, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| Missouri | | 30814 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| *** PLEASE SEE COMPLETE LIST ATTACHED*** | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiff MLBPA

_____
(Applicant's Signature)

11-29-06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shughart Thomson & Kilroy, P.C.
120 West 12th Street, Suite 1600
Kansas City, MO  64105
(816) 421-3355

Sworn and subscribed before me this
___ Day of November, 2006

_____
Notary Public

"NOTARY SEAL"
Kim Whittelsey-Dye, Notary Public
Jackson County, State of Missouri
My Commission Expires 9/28/2009
Commission # 05541725

10/04

U.S. District Court
Eastern District of Pennsylvania
Civil Action No. 06-5211

List of State and Federal Jurisdictions in which Russell S. Jones, Jr. is admitted:

    State Bar Admissions:
        Missouri #30814 (1980)

    Federal Court Admissions:
        U.S. Supreme Court (1986)
        United States District Court for the Western District of Missouri (1981)
        United States District Court for the District of Kansas, #70214 (1998)
        United States District Court for the Northern (1986) and Southern Districts of Texas (1998)
        United States District Court for the District of Colorado (2003)
        U.S. Court of Appeals, Eighth Circuit (1981)
        U.S. Court of Appeals, Tenth Circuit (1983)
        U.S. Court of Appeals, Fifth Circuit (1986)
        U.S. Court of Appeals, Ninth Circuit (1994)
        U.S. Court of Appeals, Third Circuit (1996)
        U.S. Court of Appeals, Sixth Circuit (2000)

1986153.1

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Russell S. Jones, Jr.____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Camille M. Miller | [signature] | 07/10/1997 | 79670 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103

215.665.7273 - Telephone

Sworn and subscribed before me this
30th Day of Nov., 2006

[signature]
Notary Public

```
NOTARIAL SEAL
HELEN DIAMOND
Notary Public
CITY PHILADELPHIA, COUNTY PHILADELPHIA
My Commission Expires May 23, 2009
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Major League Baseball Players Association, | : | CIVIL ACTION |
| v. | : | |
| S.F. Advisors, LLC d/b/a Affinity Club Network, LLC, et al. | : | NO. 06=5211 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Russell S. Jones, Jr.__ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Counsel for defendants have not yet entered their appearnce. Once an appearance has been entered, this Motion for Admission and any corresponding Order from the Court will be forwarded to counsel for defendants.

_____
Signature of Attorney

Camille M. Miller
Name of Attorney

Plaintiff, Major League Baseball Players
Name of Moving Party

11/30/2006
Date