IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION<br>v.<br>S.F. ADVISORS, LLC d/b/a AFFINITY CLUB NETWORK, LLC, ET AL. | CIVIL ACTION<br><br>NO. 06-5211 |

### ORDER

AND NOW, this _____ Day of _____, 2006, it is hereby

ORDERED that the application of __TRAVIS L. SALMON__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 06-5211

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, TRAVIS L. SALMON the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 231199, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Kansas | | 20606 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Missouri | | 53090 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| U.S. Dist. Ct.-KS | 2002 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Dist. Ct.-W.D.MO | 2001 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Ct.Appeals-8th Cir. | 2006 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Plaintiff MLBPA

(Applicant's Signature)

11/29/06
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Shughart Thomson & Kilroy, P.C.
120 W. 12th Street, Suite 1600
Kansas City, MO    64105
(816) 421-3355

Sworn and subscribed before me this

29th Day of Nov., 2006

Notary Public

BRENDA L. LEE
Notary Public-Notary Seal
STATE OF MISSOURI
County of Clay
My Commission Expires: 9-25-2010
Commission #06428629

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Travis L. Salmon.___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Camille M. Miller | *[signature]* | 07/10/1997 | 79670 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103

215.665.7273 - Telephone

Sworn and subscribed before me this
30th Day of Nov., 2006
*[signature]*
Notary Public

NOTARIAL SEAL
HELEN DIAMOND
Notary Public
CITY PHILADELPHIA, COUNTY PHILADELPHIA
My Commission Expires May 23, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Major League Baseball Players Association, | : CIVIL ACTION |
| v. | : |
| S.F. Advisors, LLC, d/b/a Affinity Club Network, LLC, et al. | : NO. 06-5211 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Travis L. Salmon._____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Counsel for defendants have not yet entered their appearnce. Once an appearance has been entered,

this Motion for Admission and any corresponding Order from the Court will be forwarded to counsel

for defendants.

_____
Signature of Attorney

Camille M. Miller
Name of Attorney

Plaintiff, Major League Baseball Players
Name of Moving Party

11/30/2006
Date