IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR LEAGUE BASEBALL PLAYERS    : CIVIL ACTION
ASSOCIATION                      :
                                 :
        vs.                      :
                                 : NO. 06-CV-5211
S.F. ADVISORS, LLC, d/b/a        :
AFFINITY CLUB NETWORK, LLC,      :
ET. AL.                          :

ORDER

AND NOW, this 7th day of December, 2006, upon consideration of the Motion of Camille M. Miller, Esquire for the Admission Pro Hac Vice of Russell S. Jones, Jr., Esquire (Document No. 7) and it appearing to the Court that the foregoing attorney is a member in good standing of the Bar of the State of Missouri and of the United States District Courts for the Western District of Missouri, the Northern and Southern Districts of Texas, the Districts of Kansas and Colorado, the United States Courts of Appeals for the Fifth, Sixth, Eighth, Ninth and Tenth Circuits and the United States Supreme Court, it is hereby ORDERED that the Motion is GRANTED and Russell S. Jones, Jr., Esquire is admitted to practice Pro Hac Vice before this Court as co-counsel with Camille M. Miller, Esquire on behalf of the Plaintiff for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

/s/ J. Curtis Joyner
J. CURTIS JOYNER,    J.