```
                     IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR LEAGUE BASEBALL PLAYERS     : CIVIL ACTION
ASSOCIATION                       :
                                  :
         vs.                      :
                                  : NO. 06-CV-5211
S.F. ADVISORS, LLC, d/b/a         :
AFFINITY CLUB NETWORK, LLC,       :
ET. AL.                           :
```

                                    ORDER

AND NOW, this    7th        day of December, 2006, upon consideration of the Motion of Camille M. Miller, Esquire for the Admission Pro Hac Vice of Travis L. Salmon, Esquire  (Document No. 8) and it appearing to the Court that the foregoing attorney is a member in good standing of the Bars of the States of Kansas and Missouri and of the United States District Courts for the Western District of Missouri, and the District of Kansas and the United States Court of Appeals for the Eighth Circuit, it is hereby ORDERED that the Motion is GRANTED and Travis L. Salmon, Esquire is admitted to practice Pro Hac Vice before this Court as co-counsel with Camille M. Miller, Esquire on behalf of the Plaintiff for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

                                           BY THE COURT:


                                           /s/ J. Curtis Joyner
                                           J. CURTIS JOYNER,   J.