## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION<br><br>v.<br><br>S.F. ADVISORS, LLC, d/b/a Affinity Club Network, LLC, JOHN LAROCCA, RAVI V. KOTHARE and DAVID MASER | CIVIL ACTION NO. 06-5211<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>John Larocca<br>S.F. Advisors, LLC<br>105 S. Easton Road<br>Glenside, PA 19038 |
|---|---|

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Camille M. Miller, Esquire
Cozen & O'Conner, PC
1900 Market Street
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| Michael E. Kunz, Clerk of Court | Date: November 30, 2006 |
|---|---|
| (By) Deputy Clerk<br><br>Leesa B. Erickson | |

⋐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/1/06 |
| NAME OF SERVER (PRINT) Rhonda Wallace | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: SF Advisors 10 E. Glenside Ave. Glenside PA

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Adult in charge. Refused

☐ Returned unexecuted: Name said Mr LaRocca was very ill

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/1/06
Date

Signature of Server: Rhonda Wall—

BEST LEGAL SERVICES, INC.
1617 J.F.K. BLVD. S. #1045
PHILADELPHIA, PA 19103

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.