## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS : <br> ASSOCIATION, : <br>        Plaintiff, : <br>   v. : <br> : <br> S.F. ADVISORS, LLC, d/b/a : <br> AFFINITY CLUB NETWORK, LLC, : <br> JOHN LAROCCA, RAVI V. KOTHARE, : <br> and DAVID M. MASER : | CASE NO. 06-5211 |

## NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for Defendant, JOHN LAROCCA, in the above-captioned matter.

**BRIAN P. MCVAN, L.L.C.**

By: __BPM3633_____
    BRIAN P. MCVAN, ESQUIRE
    Attorney for Defendant,
    JOHN LAROCCA

Date: <u>December 15, 2006</u>

Dockets.Justia.com