IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR LEAGUE BASEBALL PLAYERS ASSOC.

v.

Case No. 06-5211

S.F. ADVISORS, LLC, d/b/a AFFINITY CLUB
NETWORK, LLC, JOHN LAROCCA,
RAVI V. KOTHARE, and DAVID M. MASER

FILED JAN - 4 2007

## STIPULATION AND ORDER

Plaintiff and Defendants SF Advisors, LLC d/b/a Affinitity Club Networks, LLC Ravi Kothare and David Maser stipulate to the entry of an Order allowing Defendants until January 20, 2007 to Answer the Complaint or otherwise plead to the Complaint including a Motion to Dismiss and Request that the Court approve this stipulation.

_____
NEIL E. JOKELSON, ESQUIRE
Neil E. Jokelson & Associates, P.C.
230 South Broad Street, 8th Floor
Philadelphia, PA 19102
Phone: 215-735-7556

*Attorney for Defendants*
*SF Advisors, LLC d/b/a*
*Affinitity Club Networks, LLC*
*Ravi Kothare and David Maser*

_____
RUSSELL S. JONES, JR., ESQUIRE
Shughart Thompson & Kilroy, P.C.
120 W. 12th Street, Suite 1700
Kansas City, Mo 64105
Phone: 816-421-3355

Camille M. Miller
Cozen O'Conner, P.C.
1900 Market Street
Philadelphia, Pa 19103
Phone: 215-665-7273

*Attorneys for Plaintiff*

**ENTERED**

JAN - 5 2007

**CLERK OF COURT**

APPROVED AND SO ORDERED THIS
_4th_ Day of _January_, 200_7_

_____
HONORABLE J. CURTIS JOYNER
UNITED STATES DISTRICT JUDGE