MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION v. S.F. ADVISORS, LLC et al                                    Doc. 20

To: Neil Jokelson    Page 1 of 1    Case 2:06-cv-05211-JCJ   Document 20    Filed 01/19/2007   Page 1 of 1
                                    2007-01-17 20:51:22 (GMT)           18168170311  From: Kim Whittelsey-Dye

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED JAN 19 2007**

MAJOR LEAGUE BASEBALL PLAYERS ASSOC.

v.

S.F. ADVISORS, LLC, d/b/a AFFINITY CLUB
NETWORK, LLC, JOHN LAROCCA,
RAVI V. KOTHARE, and DAVID M. MASER

Case No. 06-5211

## STIPULATION AND ORDER

Plaintiff and Defendants SF Advisors, LLC d/b/a Affinitity Club Networks, LLC Ravi Kothare and David Maser stipulate to the entry of an Order allowing Defendants until January 29, 2007 to Answer the Complaint or otherwise plead to the Complaint including a Motion to Dismiss and Request that the Court approve this stipulation.

NEIL E. JOKELSON, ESQUIRE
Neil E. Jokelson & Associates, P.C.
230 South Broad Street, 8th Floor
Philadelphia, PA 19102
Phone: 215-735-7556

*Attorney for Defendants
SF Advisors, LLC d/b/a
Affinitity Club Networks, LLC
Ravi Kothare and David Maser*

RUSSELL S. JONES, JR., ESQUIRE
Shughart Thompson & Kilroy, P.C.
120 W. 12th Street, Suite 1700
Kansas City, Mo 64105
Phone: 816-421-3355

Camille M. Miller
Cozen O'Conner, P.C.
1900 Market Street
Philadelphia, Pa 19103
Phone: 215-665-7273

*Attorneys for Plaintiff*

APPROVED AND SO ORDERED THIS
18th Day of January, 2007

HONORABLE J. CURTIS JOYNER
UNITED STATES DISTRICT JUDGE

**ENTERED**

JAN 19 2007

**CLERK OF COURT**

Dockets.Justia.com