## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 06-5211 |
| S.F. ADVISORS, LLC, d/b/a AFFINITY CLUB NETWORK, LLC, JOHN LAROCCA, RAVI V. KOTHARE, and DAVID M. MASER | ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER DISMISSING WITHOUT PREJUDICE
### ALL CLAIMS AGAINST DEFENDANT JOHN LAROCCA

The Court, having considered the parties' Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that all of plaintiff's claims against Defendant John Larocca are dismissed without prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

_____
UNITED STATES DISTRICT COURT JUDGE

Dockets.Justia.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.  06-5211 |
| S.F. ADVISORS, LLC, d/b/a AFFINITY CLUB NETWORK, LLC, JOHN LAROCCA, RAVI V. KOTHARE, and DAVID M. MASER | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Major League Baseball Players Association ("Players Association") and defendants S.F. Advisors, LLC, d/b/a Affinity Club Network, LLC, Ravi V. Kothare and David M. Maser ("ACN Defendants"), pursuant to Fed. R. Civ. P. 41(a), hereby stipulate that the claims against Defendant John Larocca only should be dismissed without prejudice, with each party to bear its own costs, attorneys' fees and other expenses of litigation.

Respectfully submitted,

/s/ Russell S. Jones Jr.
RUSSELL S. JONES, JR.     MO #30814
TRAVIS SALMON              MO #53090
of
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street, Suite 1500
Kansas City, Missouri 64105
(816) 421-3355
(816) 374-0509 (Fax)
rjones@stklaw.com
tsalmon@stklaw.com

/s/ Brian P. McVan
BRIAN P. McVAN
162 South Easton Road
Glenside, PA  19038
(215) 884-6800
(215) 884-2779 (Fax)
brian@mcvanlaw.com

ATTORNEY FOR JOHN
LAROCCA

/s/ Camille M. Miller
CAMILLE M. MILLER
MELANIE A. MILLER
of
COZEN O'CONNOR, P.C.
1900 Market St.
Philadelphia, PA 19103
Phone: (215) 665-7273
Fax: (215) 701-2273

ATTORNEYS FOR PLAINTIFF
MAJOR LEAGUE BASEBALL
PLAYERS ASSOCIATION

/s/ Neil E. Jokelson
NEIL E. JOKELSON
of
Neil E. JOKELSON & ASSOCIATES, P.C.
230 S. Broad Street, 18th Floor
Philadelphia, PA 19102-4104

ATTORNEYS FOR DEFENDANTS
KOTHARE, MASER and S.F. ADVISORS
d/b/a/ AFFINITY CLUB NETWORK


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February, 2007, a copy of the above and foregoing document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court, to:

Neil E. Jokelson
Neil E. Jokelson & Associates, P.C.
230 S. Broad Street, 18th Floor
Philadelphia, PA 19102-4104

ATTORNEYS FOR DEFENDANTS
KOTHARE, MASUR and S.F. ADVISORS
d/b/a/ AFFINITY CLUB NETWORK

Brian P. McVan
162 South Easton Road
Glenside, PA 19038
(215) 884-6800
(215) 884-2779 (Fax)

ATTORNEY FOR JOHN LAROCCA

/s/ Camille Miller
ATTORNEYS FOR PLAINTIFF MAJOR
LEAGUE BASEBALL PLAYERS
ASSOCIATION

2