

EXHIBIT A

Dockets.Justia.com

PLAYERS CHOICE CLUB
Game Events
Free Kid's Clinics
Tickets / Roadtrips
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
GET CLOSER TO THE GAME
Players Choice Club members can go to the game and even learn the game with unique opportunities and special discounts that make it fun for the whole family.
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
Game Events
Free Kid's Clinics
Tickets / Roadtrips
GET COOL STUFF
Co-Chairmen
Enter Site

PLAYERS CHOICE
CLUB
GAME EVENTS
Go to the game on one of our exclusive member Group Outings hosted by former major league players. Relive old stories, get great insights, talk baseball and enjoy special autograph and photo opportunities. Food & fun included!
Free Kid's Clinics
Tickets / Roadtrips
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
Game Events
Free Kid's Clinics
Tickets / Roadtrips
GET COOL STUFF
Co-Chairmen

Enter Site

PLAYERS CHOICE
CLUB
Game Events
Tickets / Roadtrips
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
FREE KID'S CLINICS
The Players Choice Club sponsors FREE Kid's Baseball Clinics throughout the country. The clinics are run by the Major League Baseball Players Alumni Association and are a great way for young players to learn the game from the pros.
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
Game Events
Free Kid's Clinics
Tickets / Roadtrips
GET COOL STUFF
Co-Chairmen
Enter Site




PLAYERS CHOICE CLUB
Game Events
Free Kid's Clinics
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
TICKETS / ROADTRIPS
Want to go to the game? Players Choice Club members get special discounts to premium game tickets for virtually every team and game through TicketsNow. Plus you can take that fantasy trip to the ball park of your dreams through our partnership with Roadtrips at big member savings.
Need tickets for the game?
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
Game Events
Free Kid's Clinics
Tickets / Roadtrips
GET COOL STUFF
Co-Chairmen
Enter Site

PLAYERS CHOICE CLUB
Free Meet & Greets
Golf
Autograph Signings
PLAYERPHONE SM
The Players Choice Club is pleased to announce a new feature available to club members! PlayerPhone sm lets members talk with current and former major league players and ask them questions over the phone!
PLAYER PHONE
New York's David Wright on the call
Co-Chairmen
CLUB FEATURES
GET CLOSER TO THE PLAYERS
Free Meet & Greets
PlayerPhone sm
Autograph Signings
Golf
GET CLOSER TO THE GAME
GET COOL STUFF
Enter Site

PLAYERS CHOICE CLUB
FREE MEET & GREETS
These exclusive club events are held in baseball cities around the country and are a great way to talk and interact with the players in a family-friendly environment.
PlayerPhone℠
Golf
Autograph Signings
CLUB FEATURES
GET CLOSER TO THE PLAYERS
Free Meet & Greets
PlayerPhone℠
Autograph Signings
Golf
GET CLOSER TO THE GAME
GET COOL STUFF
Co-Chairmen
Enter Site

PLAYERS CHOICE CLUB
Free Meet & Greets
PlayerPhone
PlayerPhone℠
Autograph Signings
LICENSED BY THE MAJOR
BASEBALL PLAYERS ASSOCIATION
GOLF
Hit the links with current and former major league greats with special access and discounts for dozens of golf events hosted by the Major League Baseball Players Alumni Association.
CLUB FEATURES
GET CLOSER TO THE PLAYERS
Free Meet & Greets
PlayerPhone℠
Autograph Signings
Golf
GET CLOSER TO THE GAME
GET COOL STUFF
Co-Chairmen
Enter Site

PLAYERS CHOICE CLUB
GET CLOOL STUFF
Players Choice Club members are always on deck for great baseball items and tremendous discount deals. Shop at our store or take advantage of special member discounts with our partners to get big member savings on everything baseball.
Memorabilia
TRISTAR
Special Deals
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
GET COOL STUFF
Collectibles & Memorabilia
Special Deals
Co-Chairmen
Enter Site

PLAYERS CHOICE
CLUB
COLLECTIBLES & MEMORABILIA
Our online store is stocked with hundreds of unique baseball-related items. Whether it is something for your collection or a gift, the Players Choice Club store has all the coolest baseball items at special member discounts!
TRISTAR
UPPER DECK
Special Deals
LICENSED BY THE MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION
CLUB FEATURES
GET CLOSER TO THE PLAYERS
GET CLOSER TO THE GAME
GET COOL STUFF
Collectibles & Memorabilia
Special Deals
Co-Chairmen

Enter Site