**Ravi V. Kothare, Esquire**
110 East 55th Street
New York, NY 10022

212 826-0809

October 6, 2004

Mr. Richard White
**Major League Baseball Players Association**
12 E. 49th Street
24th Floor
New York, NY 10017

RE: Affinity Club Network, LLC

Dear Mr. White:

In accordance with your request, following are the individuals who will be equity participants in the venture along with their capital contributions:

| | | |
|---|---|---|
| Ravi V. Kothare | 70% | $500,000 |
| Ken Byck | 20% | $ 0 |
| Joseph Kornicki | 5% | $ 0 |
| David Maser | 5% | $ 0 |

I will contribute another $500,000 on or before March 15, 2005 in order to ensure the proper level of funding for the business. Based upon our work in developing the business model additional capital should not be necessary.

In regard to Mssr. Kornicki and Maser I have added them to the founding group for various reasons. Mr. Kornicki is my law partner and we have a gentleman's wherein we do not separately engage in outside ventures. Additionally, I intend for Mr. Kornicki to serve as in house counsel to the company as well providing a certain level of financial oversight (Mr. Kornicki is also a Certified Public Accountant).

Exhibit I

Mr. Richard White
October 6, 2004
Page 2

Mr. Maser is an attorney and businessman with whom I have done business with for a number of years. Mr. Maser will serve as my second and be responsible for providing on site supervision for events and business operations that I am not able to attend to. He will report directly to me.

I hope this is responsive to your request.

With best regards,


Sincerely,



RAVI V. KOTHARE