Richard White
General Manager, Licensing
Major League Baseball Players Association
120 W. 12th Street, Suite 1600
Kansas City, MO 64141

---- Forwarded by Richard White/MLBPA on 02/14/2007 02:03 PM ----

Richard White/MLBPA

07/09/2005 02:25 PM

To: Ravi Kothare
cc: david@affinityclubnetwork.com, Judy Heeter/MLBPA@MLBPA, Evie C Goldstein/MLBPA@MLBPA
Subject: Follow-UP

This email is to serve notice that MLBPA lawyers have been instructed to prepare written notice that effective immediately, the License Agreement between MLBPA and Affinity Club Network, L.L.C. ("ACN") is terminated. The termination is due to ACN's multiple breaches of the License Agreement with the MLBPA. The specific breaches include, but are not limited to, the following:

1. ACN has produced and distributed promotional and/or advertising material related to the Licensed Products that have not been submitted for approval in writing to MLBPA, which were not approved by MLBPA in writing, and/or which were specifically disapproved by MLBPA in writing. One example was published via the Sports Business Daily on Friday, June 8th, which quoted ACN spokesman Jim DeLorenzo about the "relaunch" of the "Players Choice Club" under the new name "AccessBaseball.com", and included a logo for "AccessBaseball.com."

2. ACN produced and distributed premium items similar to trading cards utilizing the Rights which were not approved by MLBPA and were not produced by an MLBPA licensee.

3. Additionally, ACN has failed to make timely payment of $75,000 towards the contracted minimum guarantee, which was due on or before June 30, 2005.

4. Finally, ACN has damaged the MLBPA by clearly communicating to key MLBPA constituents information that is derogatory to its brand (Players Choice) and a licensed product (Players Choice Club). The Sports Business Daily published a statement from ACN spokesman Jim DeLorenzo, that "Some thought that [Players Choice] had to do with a casino."

Obviously, these are serious matters, and unfortunately they are not the first of this nature that we have encountered with your company. We would like to meet with you and David Maser at 8am Monday (7/11) morning at the Hotel Pontchartrain, located at Two Washington Blvd in Detroit, to discuss the best means of unravelling our relationship. In the meantime, ACN is not approved to use any aspect of the Licensed Products, to promote, advertise, distribute or sell the Licensed Products, to utilize the Rights or Trademarks, or to use current members of the MLBPA in any form or fashion. Any such use may cause the MLBPA to seek immediate remedies, including injunctive relief. Additionally, under these circumstances, we have chosen to remove all mention of ACN and the Licensed Products from the MLBPA All-Star Party to be held on Monday evening.

Please confirm that David and yourself will be at the Monday meeting.

Richard White
General Manager, Licensing
Major League Baseball Players Association
120 W. 12th Street, Suite 1600
Kansas City, MO 64141

**Exhibit J**