IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR LEAGUE BASEBALL PLAYERS    : CIVIL ACTION
ASSOCIATION                      :
                                 :
        vs.                      :
                                 : NO. 06-CV-5211
S.F. ADVISORS, LLC, d/b/a        :
AFFINITY CLUB NETWORK, LLC,      :
ET. AL.                          :

**ORDER**

AND NOW, this 21st day of February, 2007, upon consideration of the Motion of Defendant S.F. Advisors, LLC, d/b/a Affinity Club Network, LLC, Ravi V. Kothare and David M. Maser's to Dismiss Counts III and V and it appearing to the Court that Plaintiff filed an Amended Complaint on February 16, 2007, it is hereby ORDERED that the Motion to Dismiss is DENIED as MOOT without prejudice to Moving Defendants' right to re-file their Motion for Dismissal as to the Amended Complaint if appropriate.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,       J.