IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAJOR LEAGUE BASEBALL : CIVIL ACTION   06-5211
PLAYERS ASSOCIATION
:
    vs.
:
S.F. ADVISORS, LLC
doing business as
AFFINITY CLUB NETWORK, LLC

**NOTICE**

AND NOW, this 8TH day of MARCH, 2007, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **MARCH 14, 2007 at 4:30PM** in Room 8613 - 8TH FLOOR. (WHEN MS. MILLER HAS ALL PARTIES ON THE LINE - PLEASE CONTACT CHAMBERS 215-597-1537)

PS: If counsel is not available at this time and wish to reschedule - that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

        ATTEST:                           or     BY THE COURT


BY: ___SHARON CARTER_____          _____
        Acting Deputy Clerk               Judge

Civ 12 (9/83)