IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
MAJOR LEAGUE BASEBALL
PLAYERS ASSOCIATION             :
                                :
         vs.                    :     CIVIL ACTION NO. 06-5211
                                :
S.F. ADVISORS, LLC
doing business as
AFFINITY CLUB NETWORK, LLC      :
```

## ORDER

**AND NOW,** this   day of  MARCH, 2007, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [X]  - Order staying these proceedings pending disposition of a related action.

- [ ]  - Order staying these proceedings pending determination of arbitration proceedings.

- [ ]  - Interlocutory appeal filed

- [ ]  - Other:

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                    **BY THE COURT:**

                    S/J. CURTIS JOYNER
                    J. CURTIS JOYNER, J.

Civ. 13 (8/80)